Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Kathy Thornburg

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Kathy Thornburg,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>　　　　　Defendants. | Case No.: 8:25-cv-00713-FWS-ADS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TRANSUNION, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Kathy Thornburg and defendant TransUnion, LLC ("TransUnion") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TransUnion within 5 days once the settlement is finalized.

Dated: May 12, 2025

　　　　　　　　　　　　　　　　**Gale, Angelo, & Johnson, P.C.**
　　　　　　　　　　　　　　　　/s/ *Joe Angelo*
　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1