**WOLFE & WYMAN LLP**
ATTORNEYS & COUNSELORS AT LAW

**W&W**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DISTRICT

| | |
|---|---|
| KATHY THORNBURG, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; CENLAR FSB, FIRST CITIZENS BANK & TRUST COMPANY, <br><br> Defendants. | Case No. 8:25-cv-0713-FWS-ADS <br><br> **ORDER RE: STIPULATED PROTECTIVE ORDER** <br><br> Honorable Autumn D. Spaeth <br> United States Magistrate Judge |

By the agreement and stipulation of the parties, and for good cause shown, the Court hereby approves the Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated:        December 19, 2025

_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

**STIPULATED PROTECTIVE ORDER 8:25-CV-00713**

520545